**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MUSTAFA ECEOGLU,<br>Plaintiff,<br><br>v.<br><br>J.L. JAMISON, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 2:26-cv-07360-JMG |

# ORDER

**AND NOW**, this 17th day of November, 2026, upon consideration of Exhibit 1 to Petitioner's Motion to Expedite (ECF No. 11), filed under seal, and Petitioner's Motion to File Exhibit 1 Under Seal (ECF No. 10), **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion (ECF No. 10) is **GRANTED**.

2. The Clerk of the Court is **DIRECTED** to **SEAL** the unredacted Exhibit 1 to Petitioner's Motion to Expedite (ECF No. 11).

3. Petitioner **SHALL** file a redacted version of Exhibit 1 to Petitioner's Motion to Expedite (ECF No. 11) to the docket no later than November 25, 2026.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge